**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 00-2219

CAROLYN ELIZABETH JONES,

Plaintiff - Appellant,

versus

MCI WORLDCOM, INCORPORATED,

Defendant - Appellee,

and

MIKE CANNON, Supervisor; FERRELL THOMAS, Su-
pervisor; MARC WHITLOCK, Supervisor; STEVE
GEISS, Manager; SUSAN PENICK, Human Resource,

Defendants.

Appeal from the United States District Court for the District of
South Carolina, at Greenville. Margaret B. Seymour, District Judge.
(CA-98-3845-6)

Submitted: February 23, 2001          Decided: March 20, 2001

Before WIDENER, NIEMEYER, and TRAXLER, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Carolyn Elizabeth Jones, Appellant Pro Se. Benjamin Anderson John-
son, ROBINSON, BRADSHAW & HINSON, P.A., Rock Hill, South Carolina,
for Appellee.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Carolyn Elizabeth Jones appeals the district court's order dismissing her sexual harassment action. We have reviewed the record and the district court's opinion accepting the recommendation of the magistrate judge to dismiss the action for failure to comply with discovery orders and find no reversible error. In the briefing order, Jones was warned that this court would not consider issues not specifically raised in her informal brief. See 4th Cir. Local R. 34(b). Nonetheless, Jones' informal brief does not challenge the district court's order, but instead addresses only the merits of her sexual harassment claim. Accordingly, we affirm. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED